BILAL A. ESSAYLI, Acting United States Attorney
ALEXANDER B. SCHWAB, Acting Chief, Criminal Division
JONATHAN GALATZAN (Cal. Bar No. 190414), AUSA
Chief Asset Forfeiture and Recovery Section
Federal Courthouse, 11th Floor, 312 North Spring Street,
Los Angeles, CA 90012   T: 213-894-2727; F: 213-894-6269
E: Jonathan.Galatzan@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:25-cv-01760-ADS |
| v. | |
| ABACUC TRUJILLO ACOSTA, | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| October 24, 2025 | /s/ Jonathan Galatzan |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*